# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| Case No.: | 23-01602 | Trustee Name: | Eva M. Lemeh |
|---|---|---|---|
| Case Name: | LASKO ENTERPRISES, LLC. | Date Filed (f) or Converted (c): | 05/04/2023 (f) |
| For the Period Ending: | 09/30/2023 | §341(a) Meeting Date: | 05/31/2023 |
| | | Claims Bar Date: | 08/24/2023 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Finished goods, including goods held for resale and inventory | $19,585.00 | $13,000.00 | | $13,253.36 | FA |
| 2 | OFFICE FIXTURES, FURNITURE AND MISC. PROPERTY-from ELLEN & GRACE | $10,000.00 | $10,000.00 | | $10,856.92 | FA |
| 3 | cash and coins (u) | $145.90 | $145.90 | | $145.90 | FA |
| **TOTALS (Excluding unknown value)** | | **$29,730.90** | **$23,145.90** | | **$24,256.18** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 09/01/2023 | will file tax return and file fee apps to pay professionals |
| 08/25/2023 | call clerk and master 615-444-2835 for payoffs ramona & company-2021 for 688.73 by 08/31/23 (delinquent taxes) attn karen on envelope |
| | call city 615-754-2552 ask for kathy -2022 city taxes |
| | call for county for 2022 call 615-444-0894 ask for tracey for county-$389.00 |
| | call atty for dleinquent taxes siad call above to get payoffs |
| 08/24/2023 | tcw robert rochelle delinquent tax atty in wilson county 615-444-1433-payoffs for personal property tax claims filed |
| 08/15/2023 | update from accountant-tax return will be completed and mailed to you some time the week of the 21st |
| 08/09/2023 | emailed info for tax return to accountant |
| 08/08/2023 | requested bill of costs |
| 08/05/2023 | prepare and file report of sale |
| 08/05/2023 | emailed PR to prepare fee app for auctioneer |
| 07/26/2023 | auction final mclemore will send checks and ros |
| 06/12/2023 | working with landlord and auctioneer to set up a sale |

Initial Projected Date Of Final Report (TFR):   06/15/2024   Current Projected Date Of Final Report (TFR):   06/15/2024   /s/ EVA M. LEMEH
EVA M. LEMEH